AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Interactive Wearables, LLC, *Plaintiff* | ) ) |
| v. | ) Case No. 2:19-cv-03084-JMA-GRB |
| Polar Electro Oy and Polar Electro Inc., *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interactive Wearables, LLC

Date: 10/28/2019

*Attorney's signature*

Michael DeVincenzo (MD2536)
*Printed name and bar number*

MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 900
New York, NY 10010

*Address*

michael.devincenzo@mischon.com
*E-mail address*

(212) 612-3270
*Telephone number*

(212) 612-3267
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2019 I filed the above paper entitled **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

By: */s/ Michael DeVincenzo*
Michael DeVincenzo