UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
INTERACTIVE WEARABLES, LLC,

            Plaintiff,                         **JUDGMENT**
                                                                 CV 19-3084 (GRB)

  -against-

POLAR ELECTRO OY and POLAR
ELECTRO, INC.,

            Defendants.
------------------------------------------------------------------ X

      A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on November 19, 2020, granting defendants' motion to dismiss, and dismissing plaintiff's complaint with prejudice, it is

      **ORDERED AND ADJUDGED** that plaintiff Interactive Wearables, LLC take nothing of defendants Polar Electro Oy and Polar Electro, Inc.; that defendants' motion to dismiss is granted; that plaintiff's complaint is dismissed with prejudice; and that this case is closed.

Dated: November 30, 2020
       Central Islip, New York

                                                                         DOUGLAS C. PALMER
                                                                       Clerk of the Court

                                                  By:    /s/ James J. Toritto
                                                                Deputy Clerk